IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NOVAGOLD RESOURCES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 1:25-cv-850-RP |
| J CAPITAL RESEARCH USA LLC, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

The Court affirmed the order of the United States Magistrate Judge in this case. (Dkt. 36). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on October 1, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE